31 So.2d 99

### Waldon PAYNE v. STATE.
### 8 Div. 386.

Supreme Court of Alabama.

May 15, 1947.

Rehearing Denied June 26, 1947.

S. A. Lynne, of Decatur, for petitioner.

A. A. Carmichael, Atty. Gen., and Mac-Donald Gallion, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition of Walden, alias Walden Payne for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Payne v. State, 31 So.2d 96.

The judgment is affirmed and the certiorari is denied.

GARDNER, C. J., and LAWSON and STAKELY, JJ., concur.

31 So.2d 114

### R. F. PAIR v. STATE.
### 6 Div. 587.

Supreme Court of Alabama.

May 15, 1947.

Rehearing Denied June 26, 1947.

Ben F. Ray, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of R. F. Pair for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Pair v. State, 31 So.2d 107.

Writ denied.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.